# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Mickyas Berhanemeskel,

    Plaintiff,

v.

Beza Buruk, et al.,

    Defendants.

Case No. 2:26-cv-01955-RFB-NJK

**Order**

[Docket No. 1]

Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 1.

Plaintiff filed an application to proceed *in forma pauperis* for inmates while in the custody of Clark County Detention Center (CCDC). *See* Docket No. 1. However, Plaintiff submits that he will be released from CCDC on June 24, 2026, and provides his address after his release. Docket No. 1-2 at 3.

Accordingly, Plaintiff's application to proceed *in forma pauperis* is **DENIED** without prejudice. Docket No. 1. No later than **July 23, 2026**, Plaintiff must either (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial information; or (2) pay the $405 fee for filing a civil action. Any renewed application must be submitted on the long form and must be filled out completely. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN A RECOMMENDATION THAT THE CASE BE DISMISSED.**

The Clerk's Office is **INSTRUCTED** to update Plaintiff's address to the one listed at Docket No. 1-2 at 3 and send Plaintiff a copy of the <u>long form</u> *in forma pauperis* application for non-prisoners.

IT IS SO ORDERED.

Dated: June 30, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1