**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Mickyas Berhanemeskel,
Plaintiff,
v.
Beza Buruk, et al.,
Defendants.

Case No. 2:26-cv-01955-RFB-NJK

**Order**

[Docket No. 5]

Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 5.

On June 30, 2026, the Court denied Plaintiff's initial application to proceed *in forma pauperis* without prejudice and explained that "[a]ny renewed application must be submitted on the long form and must be filled out completely." Docket No. 3 at 1.

The financial situation portrayed in Plaintiff's application is a logical impossibility, as the application fails to identify any income or regular monthly expenses.[1] *Id.* at 1-5. As explained by United States Magistrate Judge Elayna J. Youchah, there is reason to doubt the accuracy of this recitation of Plaintiff's financial situation: "An individual cannot live on zero dollars, which is what Plaintiff professes. Even if an applicant has no loan payments, gas, electric, food, and other necessities of life are not free." *Tiffany v. Cannon*, 2023 WL 2876828, at *1 (D. Nev. Mar. 16, 2023).

Accordingly, Plaintiff's application to proceed *in forma pauperis* is **DENIED** without prejudice. Docket No. 5. No later than **August 4, 2026**, Plaintiff must either (1) file a fully complete application to proceed in forma pauperis, on the correct form with complete financial

[1] The Court also notes that Plaintiff's address provided in the papers appears to be an apartment. *Cf. United States v. Perea-Rey*, 680 F.3d 1179, 1182 n.1 (9th Cir. 2012) (courts may take judicial notice of Google maps and related images). Apartments are generally not free, yet Plaintiff fails to disclose any monthly expense relating to this house. *See* Docket No. 5 at 4 (question 8).

information; or (2) pay the $405 fee for filing a civil action. Any renewed application must be submitted on the long form and must be filled out completely. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN A RECOMMENDATION THAT THE CASE BE DISMISSED.**

The Clerk's Office is **INSTRUCTED** to send Plaintiff a copy of the long form *in forma pauperis* application for non-prisoners.

IT IS SO ORDERED.

Dated: July 21, 2026

Nancy J. Koppe
United States Magistrate Judge